IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AYESHA AKBAR,

   Plaintiff,

    v.

CAROLYN W. COLVIN
Commissioner, Social Security
Administration,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-4486-TWT

**ORDER**

This is an action seeking judicial review of the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 11]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 11] is GRANTED.

SO ORDERED, this 12 day of June, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge